ZIEVE, BRODNAX & STEELE, LLP
Shadd A. Wade, Esq.
Nevada Bar No. 11310
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Tel: (702) 948-8565
Fax: (702) 446-9898
swade@zbslaw.com

Attorneys for Plaintiff Structured Asset Mortgage Investments II Inc., Bear Stearns Arm Trust, Mortgage Pass-Through Certificates, Series 2006-2, U.S. Bank National Association as Trustee

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STEARNS ARM TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-2, U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE;<br><br>Plaintiff,<br><br>vs.<br><br>PARCELNOMICS, LLC; INVESTMENT DEALS, A NEVADA FICTITIOUS FIRM NAME, OF 3157 N RAINBOW BLVD, #248, LAS VEGAS, NV 89108; ALAN CHAMBERS; DOES 1 through 10, inclusive, and ROES 1 through 10, inclusive.<br><br>Defendants. | Case No.: 2:17-cv-01583<br><br>**MOTION OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL AND WITHDRAWAL OF ECF NO. 7** |

Plaintiff hereby gives notice that Christopher S. Connell, Esq. of CONNELL LAW is no longer associated with the referenced case. Christopher S. Connell requests that he no longer receive notices related to this case. Plaintiff's Counsel Shadd A. Wade, Esq. with ZIEVE, BRODNAX & STEELE, LLP will remain counsel of record and should continue to receive notices related to this case.

Plaintiff inadvertently filed a Proof of Service under CHRISTOPHER S. CONNELL, ESQ. OF CONNELL LAW. Plaintiff hereby requests the Court withdraw the Proof of Service filed at ECF No. 7. Plaintiff will refile the Proof of Service under SHADD A. WADE, ESQ. of ZIEVE, BRODNAX & STEELE, LLP.

| | |
|---|---|
| DATED: June 30th, 2017 | ZIEVE, BRODNAX & STEELE, LLP |
| | /s/Shadd A. Wade, Esq. |
| | Shadd A. Wade, Esq. |
| | Nevada Bar No. 11310 |
| | 3753 Howard Hughes Parkway, Suite 200 |
| | Las Vegas, Nevada 89169 |
| | Tel: (702) 948-8565 |
| | Fax: (702) 446-9898 |
| | swade@zbslaw.com |
| | Attorneys for Plaintiff Structured Asset Mortgage Investments II Inc., Bear Stearns Arm Trust, Mortgage Pass-Through Certificates, Series 2006-2, U.S. Bank National Association as Trustee |
| DATED: June 30th, 2017 | CONNELL LAW |
| | /s/ Christopher Connell |
| | Christopher S. Connell, Esq. |
| | Nevada Bar No. 12720 |
| | 6671 Las Vegas Blvd., Suite 210 |
| | Las Vegas, Nevada 89119 |
| | Tel: (702) 266-6355 |
| | Fax: (702) 829-5930 |
| | cconnell@connelllawlv.com |

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 7-11-2017

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of ZIEVE, BRODNAX & STEELE, LLP; that service of the foregoing **MOTION OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL AND WITHDRAWAL OF ECF NO. 7** was made on the 30th day of June, 2017, by electronic service to all parties and counsel as identified on the Court-generated Notice of Electronic Filing.

/s/Sara Aslinger
An employee of ZIEVE, BRODNAX & STEELE, LLP