CLARK NEWBERRY LAW FIRM
Tara Clark Newberry, Esq. (SBN: 10696)
tnewberry@cnlawlv.com
7854 W. Sahara Ave.
Las Vegas, Nevada 89117
Tel: (702) 608-4232
Fax: (702) 346-1980
*Attorneys for Defendant Alan Chambers*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STERNS ARM TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-2, U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE,<br><br>        Plaintiff,<br><br>vs.<br><br>PARCELNOMICS, LLC; INVESTMENT DEALS, A NEVADA FICTITIOUS FIRM NAME, OF 3157 RAINBOW BLVD., #248, LAS VEGAS, NV 89108; ALAN CHAMBERS, DOES 1 through 10, inclusive and ROES 1 through 10, inclusive,<br><br>        Defendants, | CASE NO.: 2:17-cv-01583-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND THE TIME TO RESPOND TO THE COMPLAINT (FIRST REQUEST)** |

*/////*

*/////*

*/////*

*/////*

*/////*

*/////*

*/////*

*/////*

CLARK NEWBERRY LAW FIRM
7854 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone (702) 608-4232

1

IT IS HEREBY STIPULATED between Plaintiff, Structured Asset Mortgage Investments II Inc., Bear Sterns Arm Trust, Mortgage Pass-Through Certificates, Series 2006-2, U.S. Bank National association as Trustee ("Plaintiff") and Defendant, Alan Chambers ("Defendant") by and through their respective counsel, that the time for Defendant to respond to Plaintiff's complaint shall be extended from July 16, 2017 to August 15, 2017. This is the parties' first request for an extension.

Dated: July 24, 2017

CLARK NEWBERRY LAW FIRM

  /s/ Tara Clark Newberry
TARA CLARK NEWBERRY, ESQ.
Nevada Bar No. 10696
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorney for Defendant, Alan Chambers*

Dated: July 24, 2017

ZIEVE, BRODNAX & STEELE, LLP

  /s/ Shadd A. Wade
SHADD A. WADE, ESQ.
Nevada Bar No. 11310
3753 Howard Hughes Parkway. Suite 200
Las Vegas, Nevada 89169
*Attorneys for Plaintiff*

GOOD CAUSE APPEARING,

IT IS HEREBY FINALLY ORDERED, ADJUDGED AND DECREED that:

The time for Defendant to respond to Plaintiff's complaint shall be extended from July 16, 2017 to August 15, 2017.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _7-25-2017_____

**CLARK NEWBERRY LAW FIRM**
7854 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone (702) 608-4232

2